```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

CHESTER VALENTINE,              )
    Plaintiff,                  )
                                )
    v.                          )   Civil Action No. 09-637
                                )
C&C MARINE MAINTENANCE COMPANY, )
    Defendant.                  )

ORDER OF COURT

       AND NOW this 17th day of September, 2009, the court having been advised that the instant case has been resolved and the only remaining matter is a hearing to approve the settlement and distribution, IT IS HEREBY ORDERED that the hearing to approve the settlement will be held before the undersigned on Tuesday, September 29, 2009 at 2 p.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, 7th Avenue and Grant Street, Pittsburgh, Pennsylvania.

                                        BY THE COURT:

                                        s/Gary L. Lancaster____, J.
                                        The Honorable Gary L. Lancaster,
                                        United States District Judge

cc:   All counsel of record