IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHESTER VALENTINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 09-637 |
| ) | |
| C & C MARINE MAINTENANCE ) | Judge Gary L. Lancaster |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

September 25th, 2009. It is Ordered that the Joint Motion for Leave to File Under Seal Petition for Leave to Compromise and Settle Claims of Plaintiff-Seaman is granted as follows:

a. The Petition of Chester Valentine for Leave to Compromise and Settle Claims of Plaintiff-Seaman together with any and all exhibits to the Petition, the settlement hearing transcript, and the Order disposing of the Petition shall be filed under seal pursuant to this Court's Electronic Case Filing Policies and Procedures. Said Petition shall be presented to the Clerk of Courts for filing in the traditional manner on paper in a sealed envelope marked "sealed" and with appropriate court and case identifying information, accompanied by a disk or CD-ROM containing the document in PDF format;

b. The transcript of the LR 17.2 settlement hearing on Mr. Valentine's Petition shall be filed under seal;

c. The Order disposing of Mr. Valentine's Petition shall be filed under seal;

d. Any document filed under seal with the Clerk of Court pursuant to this Order shall be marked with the notation: "Not to be unsealed without further order

of court after reasonable written notice to Chester Valentine and C&C Marine Maintenance Company advising of the request to unseal and providing each with the opportunity for hearing.";

e. The Court Reporter transcribing the LR 17.2 settlement hearing on Mr. Valentine's Petition shall provide C&C Marine Maintenance Company with a transcript of the settlement hearing before the transcript is placed under seal;

f. The Clerk of Courts shall provide C&C Marine Maintenance Company with certified copies of Mr. Valentine's Petition, together with any and all exhibits thereto, as well as the Order disposing of Mr. Valentine's Petition before such documents are placed under seal.

By the Court,

_____