# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHESTER VALENTINE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 09-637 ) |
| C & C MARINE MAINTENANCE COMPANY, | ) Judge Gary L. Lancaster ) ) Electronically Filed |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties hereto that the above captioned matter be and the same is hereby dismissed with prejudice and without costs.

| OBRYAN BAUN COHEN KUEBLER | GROGAN GRAFFAM, P.C. |
|---|---|
| s/Christopher D. Kuebler (with consent) | s/Holly M. Whalen |
| Christopher D. Kuebler, Esquire | Dennis A. Watson, Esquire |
| ckuebler@obryanlaw.net | dwatson@grogangraffam.com |
| 401 S. Old Woodward, Ste. 450 | 412.553.6415 (fax) |
| Birmingham, MI 48009 | Holly M. Whalen, Esquire |
| 248.258.6262 | hwhalen@grogangraffam.com |
| 248.258.6047 (fax) | 412.553.6416 (fax) |
| **Attorneys for Plaintiff** | Four Gateway Center – 12th Floor |
| | Pittsburgh, PA 15222 |
| | 412.553.6300 |
| | **Attorneys for Defendant** |

SO ORDERED, this 29th day of September, 2009.

_____, J.
Hon. Gary L. Lancaster, Chief U.S. District Judge